1

2

3

4

5

6

7

8

9

10

E-FILED 06/24/13

CLOSED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| 11  EVERETT CABRERA, <br><br> 12             Plaintiff, <br><br> 13          vs. <br><br> 14  HSBC Bank, USA as Trustee for <br> DEUTSCHE ALT 2007-4, HSBC <br> 15  BANK USA, National Association As <br> Trustee for DEUTSCHE Alt-A <br> 16  Securities Mortgage Loan Trust, Series <br> 2007-4, MERSCORP, INC. <br> 17  MORTGAGE ELECTRONIC <br> REGISTRATION SYSTEMS, INC., <br> 18  GMAC MORTGAGE, LLC and DOES <br> 1 through 10, inclusive, <br><br> 19 <br>             Defendants. <br> 20 | Case No. 2:13-cv-01828 PSG (RZx) <br> Hon. Philip S. Gutierrez <br> Ctrm. 880 <br><br><br> [~~PROPOSED~~] **JUDGMENT OF** <br> **DISMISSAL WITH PREJUDICE OF** <br> **DEFENDANTS** <br><br><br><br><br><br> Action Filed:   March 14, 2013 <br> Trial Date:     None Set |

21

22

23

24

25

26

27

28

19000.1497/2768475.1

1    On June 14, 2013, the Court ordered that defendants HSBC BANK USA, as

2 Trustee for Deutsche Alt 2007-4; HSBC BANK USA, National Association, as

3 Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2007-4;

4 MERSCORP, INC.; and MORTGAGE ELECTRONIC REGISTRATION

5 SYSTEMS, INC. (collectively, "Defendants") are dismissed from this action.

6    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment

7 of dismissal, with prejudice, is entered in favor of defendants HSBC BANK USA,

8 as Trustee for Deutsche Alt 2007-4; HSBC BANK USA, National Association, as

9 Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2007-4;

10 MERSCORP, INC.; and MORTGAGE ELECTRONIC REGISTRATION

11 SYSTEMS, INC.

12

13    IT IS SO ORDERED.

14 DATED:  June 24 , 2013

15

16                              **PHILIP S. GUTIERREZ**

17                              The Honorable Philip S. Gutierrez
                                Judge, United States District Court

18

Respectfully submitted by,

19

20 SUZANNE M. HANKINS (State Bar No. 157837)
   smh@severson.com

21 DAVID M. LIU (State Bar No. 216311)
   dml@severson.com

22 SEVERSON & WERSON, A Professional Corporation
   The Atrium

23 19100 Von Karman Avenue, Suite 700
   Irvine, California 92612

24 Telephone: (949) 442-7110
   Facsimile: (949) 442-7118

25

Attorneys for Defendants

26 HSBC BANK USA, as Trustee for Deutsche Alt 2007-4; HSBC BANK USA,
   National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan

27 Trust Series 2007-4; MERSCORP, INC.; MORTGAGE ELECTRONIC

28 REGISTRATION SYSTEMS, INC.; and GMAC MORTGAGE, LLC