E-FILED 06/24/13

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| EVERETT CABRERA,<br><br>              Plaintiff,<br><br>    vs.<br><br>HSBC Bank, USA as Trustee for DEUTSCHE ALT 2007-4, HSBC BANK USA, National Association As Trustee for DEUTSCHE Alt-A Securities Mortgage Loan Trust, Series 2007-4, MERSCORP, INC. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., GMAC MORTGAGE, LLC and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-01828 PSG (RZx)<br>Hon. Philip S. Gutierrez<br>Ctrm. 880<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANTS<br><br><br><br>Action Filed:  March 14, 2013<br>Trial Date:    None Set |

19000.1497/2768475.1

2:13-cv-01828 PSG (RZx)

On June 14, 2013, the Court ordered that defendants HSBC BANK USA, as Trustee for Deutsche Alt 2007-4; HSBC BANK USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2007-4; MERSCORP, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants") are dismissed from this action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal, with prejudice, is entered in favor of defendants HSBC BANK USA, as Trustee for Deutsche Alt 2007-4; HSBC BANK USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2007-4; MERSCORP, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IT IS SO ORDERED.

DATED:  June 24 , 2013

## PHILIP S. GUTIERREZ

The Honorable Philip S. Gutierrez
Judge, United States District Court

Respectfully submitted by,

SUZANNE M. HANKINS (State Bar No. 157837)
smh@severson.com
DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
HSBC BANK USA, as Trustee for Deutsche Alt 2007-4; HSBC BANK USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust Series 2007-4; MERSCORP, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and GMAC MORTGAGE, LLC

[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANTS